UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GLORIA ARTIS,                                        )
                                                     )
                                                     )
            PLAINTIFF,                                )
                                                     )
                                                     )
     v.                                              )        CIVIL ACTION NO. 1:18-cv-10801-GAO
                                                     )
                                                     )
CAPE COD HOSPITAL, DEFENDANT,                        )
AND JAMES HAPPEL.                                    )
                                                     )

**DEFENDANT JAMES HAPPEL'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant James Happel, by his undersigned counsel, respectfully requests that the Court dismiss Plaintiff Gloria Artis' claims against him.  Because Plaintiff failed named Mr. Happel in her charges with the EEOC, she failed to exhaust her administrative remedies against Mr. Happel, and this complaint should be dismissed for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).  Plaintiff also failed to state a claim against Mr. Happel, and this complaint should be dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).  The grounds for this Motion are set forth more fully in Defendant Happel's accompanying Memorandum of Law.

Pursuant to Local Rule 7.1, Defendant states that counsel for Defendant sent an email to Plaintiff's Counsel on August 17, 2018, in a good faith effort to resolve or narrow the issues presented, but Counsel did not respond.

**REQUEST FOR ORAL ARGUMENT**

Defendant respectfully requests oral argument on this Motion.

Respectfully submitted,


/s/ Melissa L. McDonagh
Anthony D. Rizzotti (BBO #561967)
Melissa L. McDonagh (BBO #569023)
**LITTLER MENDELSON, P.C.**
One International Place, Suite 2700
Boston, MA 02110
Phone 617.378.6000
Fax 617.737.0052
arizzotti@littler.com
mmcdonagh@littler.com

August 20, 2018

## **CERTIFICATE OF SERVICE**

I, Melissa L. McDonagh, hereby certify that on August 20, 2018, I served a true copy of the foregoing pleading upon the counsel of record for each other party by operation of the Court's CM/ECF System.

/s/ Melissa L. McDonagh
Melissa L. McDonagh

Firmwide:156565494.1 069085.1055