EEOC Form 5 (11/09)

| Charge Of Discrimination | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 523-2018-00044 |

Massachusetts Commission Against Discrimination and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Gloria Artis | (505) 376-9061 | 1964 |

| Street Address | City, State and ZIP Code |
|---|---|
| 48 Timberline Road, Millis, MA 02054 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CAPE COD HEALTHCARE | 500 or More | (508) 862-5000 |

| Street Address | City, State and ZIP Code |
|---|---|
| C/O Nancy Mcguire, Esq, 27 Park Street, Hyannis, MA 02601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☒ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-03-2016   Latest: 10-17-2017
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
I declare under penalty of perjury that the above is true and correct.

SIGNATURE OF COMPLAINANT

*(month, day, year)*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

Date   Charging Party Signature

EEOC Form 5 (11/09)

| Charge Of Discrimination | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | FEPA |
| | X | EEOC 523-2018-00044 |

Massachusetts Commission Against Discrimination and EEOC

*State or local Agency, if any*

I. I began my employment with Respondent on or about October 3, 2016, as a Supervisor of Phlebotomy. In September of 2016, upon my initial offer of employment, I met with Victor Oliveira, former Vice President and Stacey Hodges, Human Resources. They both reviewed my resume and noticed that I had a very successful career with my former employer, Beth Israel Deaconess Medical Center (BIDMC), as an Operational Assistant Manager. I was told by Respondent that I would be hired as a supervisor, but would soon transition into a management position based on my experience with BIDMC. James Happel, immediate supervisor, was also on board with the plan to transition me into a management position. Soon after Mr. Oliveira resigned from his employment with Respondent, Mr. Happel and Jen Clark (Supervisor) unjustly wrote me up for failing to send out a letter to staff to inform them that staff who are interested in training other staff on Stress Testing, are welcome to sign-up. Although I was against the idea, I forward the email to staff. However, I believe Respondent used me as a scapegoat to send the message to employees and then retaliated against me by issuing adverse action (write up) against me. Further, Respondent added a "problematic" employee to the write up because she jumped the chain of command.
In May of 2017, I informed Ms. O'Reilly (Human Resources), of a racist remark that Mr. Happel made and how he accused me of having an inappropriate relationship with a subordinate, Ms. Hilda Hayes. I informed Ms. O'Reilly that I believed Mr. Happel's comment to be racist. I further believe that Mr. Happel only made the comment about Ms. Hayes and me because we are both Black women. Mr. Happel's perceived notion that I would treat another employee better just because of their skin color is extremely offensive and insulting. My previous work history speaks for itself. I pride myself on being fair, firm and consistent and treating everyone with the same respect, regardless of color, as in this instance. The pattern of racial discrimination continued with Mr. Happel when made the comment that, "all babies look like Winston Churchill". I was the only person of color in the room when this racist comment was made. I also informed human resources of this matter. Respondent (Labor Relations Attorney, Nancy McGuire) conducted an internal investigation which just recently concluded. During a meeting with Attorney McGuire, I was informed that Respondent is undergoing a restructuring which I believe is in retaliation for filing an initial complaint with Respondent regarding Mr. Happel's discriminatory behavior.

II. Respondent (Mr. Happel) continues to make the work place a hostile working environment by very discreetly undermining and taunting me. I firmly believe that Respondent is trying to wedge me out by forcing me to resign under a constructive discharge.

III. I believe I am a victim of unlawful employment discrimination on the basis of my sex (female), race (African American) and color (Black) in violation of Title VII of the Civil Rights Act of 1964, as amended and all applicable Massachusetts state statutes.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
I declare under penalty of perjury that the above is true and correct.

SIGNATURE OF COMPLAINANT

*(month, day, year)*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

Date 10/16/17   Charging Party Signature *[signature]*

EEOC Form 5 (11/09)

Charge Of Discrimination     Charge Presented To:  Agency(ies) Charge No(s):

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act
Statement and other information before completing this form.                    FEPA

                          X           EEOC **523-2018-00044**

Massachusetts Commission Against Discrimination and EEOC

*State or local Agency, if any*

I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.   NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
I declare under penalty of perjury that the above is true and correct.

SIGNATURE OF COMPLAINANT

*(month, day, year)*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

Date 10/16/17   **Charging Party Signature** [signature]