EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| ⌐ ⌐<br><br>**Attn: Director of Human Resources**<br>**CAPE COD HEATLHCARE**<br>**27 Park Street**<br>**Hyannis, MA 02601**<br><br>∟ ∟ | **Gloria Artis** |
| | THIS PERSON *(check one or both)* |
| | [X] Claims To Be Aggrieved |
| | [ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>**523-2018-00843** |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)     [ ] The Equal Pay Act (EPA)     [ ] The Americans with Disabilities Act (ADA)

[X] The Age Discrimination in Employment Act (ADEA)     [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by  a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below.  Your response will be placed in the file and considered as we investigate the charge.  A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by  to the enclosed request for information and send your response to the EEOC Representative listed below.  Your response will be placed in the file and considered as we investigate the charge.  A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources.  If you would like to participate, please say so on the enclosed form and respond by
   to
   If you <u>DO NOT</u> wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above.  Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

**Amon L. Kinsey, Jr.,**
**Supervisory Investigator**

*EEOC Representative*

*Telephone*   **(617) 565-3189**

**Boston Area Office**
**John F. Kennedy Fed Bldg**
**Government Ctr, Room 475**
**Boston, MA 02203**
**Fax: (617) 565-3196**

Enclosure(s):   [ ]  Copy of Charge

---

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] Race  [X] Color  [X] Sex  [ ] Religion  [ ] National Origin  [X] Age  [ ] Disability  [X] Retaliation  [ ] Genetic Information  [ ] Other

**ISSUES:** Discipline, Harassment, Terms/Conditions

**DATE(S) (on or about):**  EARLIEST: 03-20-2018   LATEST: 03-20-2018   And Continuing

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **April 3, 2018** | **Feng K. An,**<br>**Area Office Director** | *Kenneth An* |