UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA ARTIS,<br><br>          Plaintiff,<br><br>     v.<br><br>CAPE COD HOSPITAL AND JAMES HAPPEL,<br><br>          Defendants. | CIVIL ACTION NO. 1:18-cv-10801-GAO |

## CAPE COD HOSPITAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cape Cod Hospital makes the following disclosure:

1. Cape Cod Healthcare, Inc. is the sole corporate member of Cape Cod Hospital; and

2. There is no publicly held corporation that owns 10% or more of Cape Cod Hospital's stock.

Respectfully submitted,

*/s/ Melissa L. McDonagh*
Anthony Rizzotti (BBO No. 561967 )
Melissa L. McDonagh (BBO No. 569023)
Rick J. Marks (BBO No. 693738)
**LITTLER MENDELSON, P.C.**
One International Place, Suite 2700
Boston, MA  02110
Phone 617.378.6000
Fax 617.737.0052
arizzotti@littler.com
mmcdonagh@littler.com
rmarks@littler.com

September 20, 2018

**CERTIFICATE OF SERVICE**

I, Melissa L. McDonagh, hereby certify that on this 20th day of September 2018, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via e-mail and first class mail to all identified as non-registered participants.

*/s/ Melissa L. McDonagh*
Melissa L. McDonagh

FIRMWIDE:157167046.2 069085.1055